IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 1:20-cv-01806

HONGWEI YANG,

    Plaintiff,

v.

CHAD WOLF, Acting Secretary of the United States Department of Homeland Security, and JOHN FABBRICATORE, Denver Field Office Director, United States Immigration and Customs Enforcement,

    Defendants.

---

## SUPERSEDING ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES
---

This matter is before the Court on Plaintiff's Emergency Motion for Release (ECF No. 1). Plaintiff proceeds pro se and states that he has been detained at the Immigration and Customs Enforcement's detention facility in Aurora since November 2018. But he has not filed an operative pleading in this case. In his motion, he appears to be seeking a preliminary injunction based on claims brought under Section 504 of the Rehab Act. If so, he needs to file a complaint setting forth what those claims are. He also needs to pay the $400 filing fee or file an application to proceed in district court without prepaying fees or costs. Complaint and application forms along with applicable instructions can be found at www.cod.uscourts.gov under the "Forms/Fees" quick link.

If Plaintiff does not file an operative pleading by July 22, 2020, his motion will be construed as a petition for writ of habeas corpus under 28 U.S.C. § 2241.

This order supersedes the Court's June 22, 2020, order.

DATED this 26th day of June, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge